## United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Kimberly Ann Sanchez
aka Kimberly Ann Hunter

**BANKRUPTCY NO.**  1:25−bk−11298−VK

**CHAPTER**  13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−9261
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 10/15/25

**Address:**
19360 Rinaldi st.
suite 396
Porter Ranch, CA 91326

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: October 15, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court